**Michael A. BROWN, Plaintiff-Appellant,**

v.

**Helen F. FAHEY, Chairwoman; David N. Harker, Vice Chairman; Gene Johnson, Director, Defendants-Appellees.**

No. 06-7032.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 20, 2006.

Michael A. Brown, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Fahey,* No. 2:05-cv-00466-RBS (E.D. Va. filed May 8; entered May 11, 2006). We deny Brown's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*